UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : MISC. CRIM. NO. 3:02CR21 (AHN) |
| | : |
| WILLIAM S. LEWIS, P.C. AND | : |
| WILLIAM S. LEWIS | : FEBRUARY 11, 2005 |

**MOTION FOR RETURN OF PROPERTY**

The defendant, through his undersigned counsel, respectfully requests that this Court order returned to him the following property:

USA Passport #152681344.

RESPECTFULLY SUBMITTED,
THE DEFENDANT,

BY_____
William F. Dow, III ct00161
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Telephone: (203) 772-3100

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on the 11 day of February, 2005 to the following:

Peter A. Clark, Esquire
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
William F. Dow, III