**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

FILED

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

2005 JUL 19  A 11: 40

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

July 13, 2005 U.S. DISTRICT COURT

William F. Dow, III
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0606

Re:  3:02cr21(AHN)
      USA v. William S. Lewis

Dear Counselor:

Pursuant to the Order of the Court entered on , I am returning the USA Passport #152681344  to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter in the enclosed self-addressed envelope.

Kevin F. Rowe, Clerk

By  **Yelena Gutierrez**
     Deputy Clerk

cc: AUSA

RECEIPT ACKNOWLEDGED:

DATE: